# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| **QUINTAIROS, PRIETO, WOOD, & BOYER, PA**<br><br>        Plaintiff,<br><br>V.<br><br>**PCPMG CONSULTING, LLC,**<br><br>        Defendants. | CIVIL NO. 5:18-CV-176-KKC<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Quintairos, Prieto, Wood, and Boyer P.A.'s Motion requesting relief from stay. (DE 41.)  On January 28, 2019, this Court issued an order and opinion staying this case pending the resolution of a related matter in the Northern District of Texas, Fort Worth Division.  (DE 39.)  The Court is not entirely sure if that matter has been resolved, but both parties agree that the stay in this case should be lifted. (DE 41, 42, and 43.)

Accordingly, the Court, having reviewed the Motion and being otherwise sufficiently advised, **HEREBY ORDERS** that the stay entered on January 28, 2019 is **LIFTED**.  The parties may pursue litigation as they see fit.

Dated July 16, 2019



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY